UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:  Hon. Joseph A. Greenaway
v. :
:  No. 09-cr-312
:
BOVER PINKHASOV :  ORDER FOR CONTINUANCE
a/k/a "Benny" :

An indictment charging defendant with one count of receipt of stolen property, in violation of Title 18, United States Code, Section 2315, having been filed on April 22, 2009; and defendant Bover Pinkhasov having been represented by Albert Dayan, Esq.; and bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161 (b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161 (h) (7) (A), so that the parties could attempt to reach a plea agreement; and the Court setting a trial date in the future; the Government and defendant hereby request a continuance for forty five days from the deadline previously set; pursuant to Title 18, United States Code, Section 3161 (h) (7) (A) in order to permit the time necessary to afford the parties the opportunity to file appropriate motion for in the alternative to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this 14th day of July, 2009.

Ordered that from the date this Order is entered, to and including September 14, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessarily.

2. Pursuant to Title 18, United States Code, Section 3161 (h) (7) (A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial"

IT IS FURTHER ORDERED that the Order for Discovery and Inspection is hereby amended as follows:

1. Pretrial motions filed by September 14, 2009;

2. Opposition due by September 21, 2009;

3. Motions hearing date to be scheduled by the Court;

4. Trial date to be scheduled by the Court

SO ORDERED,

SEEN AND AGREED:

_____
Albert Y. Dayan, Esq.
Counsel for Bover Pinkhasov

_____
Rodney Villazor
Assistant United States Attorney

_____
HONORABLE JOSEPH A. GREENAWAY, Jr.
United States District Judge